Steven W. Block
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
*Attorney for Defendant Expeditors International Ocean*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCON PHARMACEUTICALS LTD., <br><br> Plaintiff, <br><br> -against- <br><br> EXPEDITORS INTERNATIONAL OCEAN, <br><br> Defendant. | No.  1:21-cv-05595 <br><br> **DEFENDANT EXPEDITORS INTERNATIONAL OCEAN'S FRCP 7.1 DISCLOSURE** |

COMES NOW defendant Expeditors International of Washington, Inc., d/b/a "Expeditors International Ocean" as named herein, as and for its FRCP 7.1 Disclosure Statement, and advises that it is a publicly traded corporation of which no entity owns 10% in stock.

Dated: Seattle, Washington
August 24, 2021

LANE POWELL PC

By: *s/ Steven Block*
    Steven Block
    NY State Bar No. 2121259

1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000

*Attorney for Defendant Expeditors International Ocean*

116719.0007/8640541.1